FILED
CLERK, U.S. DISTRICT COURT

4/22/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILLIP RYAN FRANKE, | ) | NO. EDCV 15-1485-BRO (KS) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| S. PEERY, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, the Motion To Dismiss and related briefing, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's March 24, 2016 response to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\
\\
\\

1  Accordingly, IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment
2  shall be entered dismissing this action with prejudice.

4  DATED: April 22, 2016

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE