JS-6

FILED
CLERK, U.S. DISTRICT COURT
4/22/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILLIP RYAN FRANKE, | ) | NO. EDCV 15-1485-BRO (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| S. PEERY, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 22, 2016



BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE